UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

MARINA ISKHAKOVA, on behalf of herself and all others similarly situated,

                    Plaintiff,

Civil Action No:
1:23-cv-2511

-v.-

I-FIX SCREENS.COM, INC.

                    Defendants.

-------------------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** March 22, 2024

| For Plaintiff Marina Iskhakova | For Defendant I-Fix Screens.com, Inc. |
|---|---|
| _s/Mark Rozenberg_<br>Mark Rozenberg<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>mrozenberg@steinsakslegal.com | _s/Brent A. Chapman_<br>Brent A. CHapman<br>Law Office of Brent A. Chapman, PC<br>1992nd Street Ste West 3390<br>Mineola, NY 11501<br>Ph: (516) 707-0557<br>brent.chapman1@gmail.com |

**So Ordered.**

s/Nicholas G. Garaufis
**Hon. Nicholas G. Garaufis**
**Date:** 3/25/24